SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 DEC 19 PM 12: 12

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:12CR391 |
| ) | |
| vs. ) | INDICTMENT |
| ) | 21 U.S.C. § 846 |
| JOHN WAYS, JR., a/k/a John Blacksteel ) | 21 U.S.C. § 863(a)(1) |
| FRANK FIROZ, ) | 18 U.S.C. § 922(g)(1) |
| CHRISTIAN FIROZ, ) | 21 U.S.C. §§ 841(a)(1) &(b)(1)(C) |
| RHONDA DECAMP, ) | 21 U.S.C. §§ 853(a)(1) & (a)(2) |
| CONSTANCE HAGELSTEIN, ) | |
| JOSHUA WELLBORN, ) | |
| ALAN DAVIS, ) | |
| MARK COONEY, ) | |
| MICHAEL BLACKSTONE and ) | |
| DAVID ROBERTS, ) | |
| Defendants. ) | |

The Grand Jury Charges:

## COUNT I

From an unknown date but at least as early as February 25, 2010, up to and including September 13, 2012, in the District of Nebraska and elsewhere, the Defendants, JOHN WAYS, JR., a/k/a John Blacksteel, FRANK FIROZ, CHRISTIAN FIROZ, RHONDA DECAMP, CONSTANCE HAGELSTEIN, JOSHUA WELLBORN, ALAN DAVIS, MARK COONEY, MICHAEL BLACKSTONE and DAVID ROBERTS, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: Sell and offer for sale drug paraphernalia, in violation of Title 21, United States Code, Section 863(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

From an unknown date but at least as early as July 9, 2012, up to and including September 13, 2012, in the District of Nebraska and elsewhere, the Defendants, JOHN WAYS, JR., a/k/a John Blacksteel, FRANK FIROZ, CHRISTIAN FIROZ, RHONDA DECAMP, CONSTANCE HAGELSTEIN, JOSHUA WELLBORN, ALAN DAVIS, MARK COONEY, MICHAEL BLACKSTONE and DAVID ROBERTS, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: Distribute and

possess with intent to distribute the following Schedule I controlled substances: 3,4-methylenedioxyprovalerone ("MDPV"), 3,4-methylenedioxy-methcathinone ("Methylone"), 1-pentyl-3-(4-methly-1-naphthoyl)indole ("JWH-122"), 1-pentyl-3-(2-methoxyphenlacetyl)indole ("JWH-250"), 1-pentyl-3-(1-naphthoyl)indole ("JWH-018"), 1-pentyl-3-(2-chlorophenylacetyl)indole ("JWH-203") and 1-(5-fluoropentyl)-3-(1-naphthoyl)indole ("AM2201"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNT III

On or about September 13, 2012, in the District of Nebraska, JOHN WAYS, JR., the Defendant herein, having been convicted in the United States District Court for the District of Nebraska for a crime punishable by imprisonment for a term exceeding one year, to wit: possession of an unregistered destructive device, did knowingly possess in and affecting commerce, ammunition which had been shipped and transported in interstate commerce, to wit: 800 rounds of 5.56mm ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

As a result of the offense set forth in Count I, the Defendants, JOHN WAYS, JR., a/k/a John Blacksteel, FRANK FIROZ and CHRISTIAN FIROZ, shall forfeit to the United States any property constituting or derived from any proceeds the Defendants obtained directly or indirectly as the result of such violation, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, including but not limited to the following:

**Currency and Bank Accounts**

1. $185,683.15 seized on September 13, 2012, from SAC Federal Credit Union Prime Share Account Number 285398-0, in the name of NKOSI, Inc.;

2. $ 93,103.82 seized on September 13, 2012, from SAC Federal Credit Union Prime Share Account Number 285401-0, in the name of NKOSI, Inc.;

3. $ 76,785.18 seized on September 13, 2012, from SAC Federal Credit Union Prime Share Account Number 285404-0, in the name of NKOSI, Inc.;

4. $306,536.70 seized on September 13, 2012, from SAC Federal Credit Union Prime Share Account Number 285407-0, in the name of NKOSI, Inc.;

5. $127,576.49 seized on September 13, 2012, from SAC Federal Credit Union Prime Share Account Number 285409-0, in the name of NKOSI, Inc.;

6. $13,711.95 seized on September 13, 2012, from Centris Federal Credit Union Classic Checking Account No. 1229495, in the name of John Ways;

7. $57,036.17 seized from 2005 Ford F-150 pickup, VIN 1FTPW14585FA91869, on September 13, 2012, at Exotica store, 157 N. 72nd Street, Omaha, Nebraska;

8. $9,917.90, combined total seized from Exotica store, 157 N. 72nd Street, Omaha, Nebraska, and John Ways' person on September 13, 2012;

9. $4,362.98 seized from Exotica store, 108 E. 23rd Street, South Sioux City, Nebraska, on September 13, 2012;

10. $702.00 seized from Exotica store, 2441 N. 48th Street, Lincoln, Nebraska, on September 13, 2012;

11. $2,365.00 seized from Frank Firoz's residence in South Sioux City, Nebraska, on September 13, 2012;

12. $538.24 seized from Exotica store, 5063 S. 108th Street, Omaha, Nebraska, on September 13, 2012;

13. $326.89 seized from Exotica store, 1409 W. Broadway Street, Council Bluffs, Iowa, on September 13, 2012;

14. $8,499.34 seized from John Ways, Jr. on May 9, 2012.

**Drug Paraphernalia, Ammunition, Computers, Equipment**

a. 25,067 pipes, bongs, hookahs
b. 1,894 Grinders
c. 913 Scales
d. 173 Stash Concealment Containers
e. 27 Vaporizers
f. 32 units of Synthetic Urine
g. 65 bags of Ziploc baggies
h. 4 gun safes
i. 800 rounds of 5.56mm ammunition
j. ASUS laptop SN# B6N0AS553415267
k. ASUS laptop SN# B6N0AS05948022C
l. Apple Macbook laptop SN# CO2HF2D0DJWY
m. Compaq laptop SN# 4CZ11513RG
n. E Machines laptop SN# LXN54020179524096F1601
o. Hewlett Packard G-72 laptop SN# 4CZ03500BY
p. Hewlett Packard Presario laptop SN# 4CZ12214HD
q. Gateway computer tower SN# PTGCFP20016F19600

r.     HPIQ500 desktop computer SN# 3CR9080L88
s.     Compaq laptop SN# CNF0223BPV
t.     HP laptop SN# CNF1131WW1
u.     JVC video camera GZ-HM30BU
v.     Samsung DVR SN# Y4LI3VWS100161P
w.     Nightowl DVR SN# 000048361010
x.     Samsung DVR SN# C7U76V2C301672L
y.     Bunker Hill DVR SN# 369471134
z.     Zmodo DVR SN# D9108BH
aa.     Nightowl DVR SN# 000602720717
bb.     Revo DVR SN# 12110412030461
cc.     Dish Network DVR No SN
dd.     Swann DVR SN# 232391109340
ee.     Revo DVR SN# 1166941101563
ff.     Unk make and no SN DVR
gg.     PS3 Player SN# CG179847994

**Vehicles**

2005 Ford F-150, VIN 1FTPW14585FA91869, jointly titled in the names John Ways, Jr. and Grateful Goods;
2005 Dodge Ram, VIN 1D7HU18D05S307965, open title.

In violation of Title 21, United States Code, Sections 853(a)(1) and(a) (2).

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

NANCY A. SVOBODA
Assistant United States Attorney