# MEMORANDUM

TO:   CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FROM:   AUSA   Nancy A. Svoboda
U.S. ATTORNEY'S OFFICE
DISTRICT OF NEBRASKA

RE:   UNSEALING OF INDICTMENT IN 8:12CR391

DATE:   December 21, 2012

    Be advised that Defendants named in the Indictment listed above are now in custody.  You may now unseal the Indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).