IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR391 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ENTRY OF APPEARANCE |
| | ) | |
| DAVID A. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Thalken |

Barbara Thielen, hereby enters an appearance as attorney for the Defendant, David A. Roberts, in the above-captioned case.

Enter my appearance as CJA appointed counsel.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 31st day of December, 2012.

                                              **s/ Barbara Thielen**
                                              Bar Number: 16673
                                              Attorney for Defendant
                                              Fabian & Thielen
                                              1823 Harney Street, Suite 100
                                              Omaha, NE  68102
                                              Telephone: (402) 733-7766
                                              Fax: (402) 733-7898
                                              E-mail: bthielen@fabianthielen.com
                                                             kim@fabianthielen.com

CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Nancy A. Svoboda.

               **s/ Barbara Thielen**
               Bar Number: 16673
               Attorney for Defendant
               Fabian & Thielen
               1823 Harney Street, Suite 100
               Omaha, NE 68102
               Telephone: (402) 733-7766
               Fax: (402) 733-7898
               E-mail: bthielen@fabianthielen.com
                   kim@fabianthielen.com