# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA
## COURT CASE NUMBER: 8:12CR391; NOTICE OF FORFEITURE

Notice is hereby given that on December 31, 2014, in the case of U.S. v. John Ways et al., Court Case Number 8:12CR391, the United States District Court for the District of Nebraska entered an Order condemning and forfeiting the following property to the United States of America:

$76,785.18 U.S. Currency (12-ATF-027576) which was seized from John Ways Jr. on September 13, 2012 at 11515 S 39th SQ, located in Bellevue, NE

$185,683.15 U.S. Currency (12-ATF-027578) which was seized from John Ways Jr. on September 13, 2012 at 11515 S 39th SQ, located in Bellevue, NE

$93,103.82 U.S. Currency (12-ATF-027579) which was seized from John Ways Jr. on September 13, 2012 at 11515 S 39th SQ, located in Bellevue, NE

$306,536.70 U.S. Currency (12-ATF-027580) which was seized from John Ways Jr. on September 13, 2012 at 11515 S 39th SQ, located in Bellevue, NE

$127,576.49 U.S. Currency (12-ATF-027582) which was seized from John Ways Jr. on September 13, 2012 at 11515 S 39th SQ, located in Bellevue, NE

$13,711.95 U.S. Currency (12-ATF-027584) which was seized from John Ways Jr. on September 13, 2012 at Centris Federal Credit Union, located in Omaha, NE

Seventy-Eight (78) Grinders (12-ATF-027809) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Eight (8) Hookahs (12-ATF-027810) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Seventeen (17) Bongs (12-ATF-027811) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Twenty Two (22) Pipes (12-ATF-027812) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Nineteen (19) Hookahs, Pipes, and Bongs (12-ATF-027813) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Eight (8) Bongs (12-ATF-027814) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

6 Bongs (12-ATF-027816) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Seven (7) Hookahs (12-ATF-027817) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eighteen (18) Bongs (12-ATF-027818) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Seventy (70) Bongs (12-ATF-027819) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Two-Hundred Forty-Eight (248) Pipes (12-ATF-027820) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

11 Hookahs (12-ATF-027821) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Six (6) Pipes, Sixteen (16) Hookahs, and One (1) Scale (12-ATF-027822) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eight (8) Hookahs (12-ATF-027823) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Four (4) Large Pipes (12-ATF-027824) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Forty-Five (45) Grinders (12-ATF-027825) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Two Hundred Fifty Six (256) Glass Pipes (12-ATF-027826) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Four (4) Dugouts (12-ATF-027827) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty Nine (39) Pipes and Bongs (12-ATF-027828) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St, located in South Sioux City, NE

One (1) Bong (12-ATF-027829) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One (1) Bong (12-ATF-027830) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Seventy (70) Pipes (12-ATF-027831) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One (1) Bong (12-ATF-027832) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Three Hundred Nineteen (319) Bongs (12-ATF-027833) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St, located in South Sioux City, NE

Seventy-Eight (78) Grinders (12-ATF-027834) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

15 Bongs (12-ATF-027836) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Seventy-Eight (78) Grinders (12-ATF-027837) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Thousand One Hundred Twenty (1120) Pipes (12-ATF-027838) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred (100) Bongs (12-ATF-027839) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Eight (8) Bongs (12-ATF-027840) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Twenty-Nine (29) Pipes (12-ATF-027841) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty-Three (33) Pipes (12-ATF-027842) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Twenty-Four (24) Pipes (12-ATF-027843) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eighteen (18) Bongs (12-ATF-027844) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Nineteen (19) Hookahs (12-ATF-027845) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Thousand Three Hundred Fifty Seven (1357) Pipes (12-ATF-027846) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Twenty Five (25) Concealment Containers (12-ATF-027847) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Thousand Two Hundred Ninety (1290) Pipes (12-ATF-027848) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Five (5) Hookahs (12-ATF-027849) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Eighteen (18) Pipes (12-ATF-027850) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Six (6) Hookahs (12-ATF-027851) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundered Ten (110) Pipes (12-ATF-027852) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Three (3) Pipes (12-ATF-027853) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Four Hundred (400) Pipes (12-ATF-027854) which was seized from Frank Firoz on

September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Seven (7) Hookahs (12-ATF-027855) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Twelve (112) Glass Pipes (12-ATF-027856) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Fourteen (14) Hookahs (12-ATF-027857) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Eight (108) Pipes (12-ATF-027858) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One (1) Hookah (12-ATF-027859) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty (30) Hookahs (12-ATF-027860) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Thirty (130) Pipes (12-ATF-027861) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Two (2) Hookahs (12-ATF-027862) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Thirty (130) Pipes (12-ATF-027863) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One hundred seventy (170) Pipes (12-ATF-027864) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Eighty-Four (84) Pipes (12-ATF-027865) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Nine Hundred (900) Pipes (12-ATF-027866) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One HUndred Sixty (160) Pipes (12-ATF-027867) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Thirty-Nine (39) Pipes (12-ATF-027868) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

230 Pipes (12-ATF-027869) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Thirty (30) Pipes (12-ATF-027870) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty (30) Pipes (12-ATF-027871) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Ten (10) Pipes (12-ATF-027872) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Thirty Three (133) Pipes (12-ATF-027873) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Eighty Five (185) Pipes (12-ATF-027874) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Fifty-Six (56) Pipes (12-ATF-027876) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One hundred eight (108) pipes and two (2) false bottom cans (12-ATF-027877) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Thirty-Four (34) Pipes (12-ATF-027878) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Thousand (1000) Pipes (12-ATF-027881) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Thousand Four Hundred (1400) Pipes (12-ATF-027883) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Seventy (70) Pipes (12-ATF-027884) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Thirty Five (35) Pipes (12-ATF-027886) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred seven (107) pipes (12-ATF-027888) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

SIxty One (61) Pipes (12-ATF-027890) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred seven (107) Pipes (12-ATF-027891) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred seventy three (173) Pipes (12-ATF-027892) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Ninety six (96) Pipes (12-ATF-027893) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

2005 Ford F150 Truck VIN:1FTPW14585FA91869 VIN# 1FTPW14585FA91869 (12-ATF-027947) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Eighty-Seven (87) Pipes (12-ATF-027954) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Fifteen (115) Pipes (12-ATF-027955) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Two (102) Pipes (12-ATF-027957) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Thirty Two (132) Pipes (12-ATF-027959) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Seventy (70) Pipes (12-ATF-027960) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Four (104) Pipes (12-ATF-027962) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Five (105) Pipes (12-ATF-027964) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Forty-Two (42) Pipes (12-ATF-027965) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Sixty-Eight (68) Pipes (12-ATF-027967) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Thirty Two (132) Pipes (12-ATF-027969) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Twenty-Nine (29) Pipes (12-ATF-027971) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Eighty Five (185) Pipes (12-ATF-027973) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred (100) Pipes (12-ATF-027974) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Twenty-One (21) Pipes (12-ATF-027975) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Forty-Seven (47) Pipes (12-ATF-027977) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty-Two (32) Pipes (12-ATF-027978) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty-Three (33) Pipes (12-ATF-027979) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One (1) Box of Designer Ziplock Bags (12-ATF-027980) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eighty (80) Pipes (12-ATF-027981) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Seventy-Seven (77) Pipes (12-ATF-027982) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Fifty (50) Pipes (12-ATF-027986) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Seventy (170) Pipes (12-ATF-027987) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Thirty Eight (138) Pipes (12-ATF-027988) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirteen (13) Pipes (12-ATF-027989) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Four (104) Grinders (12-ATF-027990) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Forty-Two (42) Grinders (12-ATF-027991) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Ninety-Seven (97) Grinders (12-ATF-027993) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Ninety-Seven (97) Pipes (12-ATF-027994) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty-Two (32) Pipes (12-ATF-027995) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Two Hundred One (201) Pipes (12-ATF-027996) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Seventy Three (173) Pipes (12-ATF-027998) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Fifty-Seven (57) Pipes (12-ATF-027999) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Thirty-One (31) Pipes (12-ATF-028000) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eighteen (18) Pipes (12-ATF-028003) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Sixty Four (164) Grinders (12-ATF-028004) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Fifty-Five (55) Grinders (12-ATF-028005) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eighty (80) Grinders (12-ATF-028006) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Thirty Three (133) Pipes (12-ATF-028007) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Eighty-Two (82) Grinders (12-ATF-028008) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

One Hundred Twenty Nine (129) Grinders (12-ATF-028009) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Three Hundred (300) Glass Pipes (12-ATF-028524) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Four Hundred (400) Glass Pipes (12-ATF-028527) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Six Hundred Twenty Four (624) Glass pipes (12-ATF-028528) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty (50) Bongs (12-ATF-028530) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One hundred Twenty four (124) scales and three (3) bongs (12-ATF-028532) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Two Hundred Ninety Five (295) Pipes and Six (6) Concealment Containers (12-ATF-028533) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One hundred twenty four (124)Pipes (12-ATF-028534) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One Hundred Fifty Two (152) Pipes (12-ATF-028535) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Eight (8) glass hookahs (12-ATF-028536) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twenty (20) Hookahs (12-ATF-028538) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Three (3) Hookahs (12-ATF-028539) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Four (4) Bongs (12-ATF-028540) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Seventeen (17) Bongs (12-ATF-028541) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twenty Five (25) Hookahs (12-ATF-028542) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One Hundred Fifty seven (157) Pipes (12-ATF-028543) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One Hundred Twenty Eight (128) Pipes (12-ATF-028544) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Nineteen (19) Hookahs (12-ATF-028545) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Forty (40) Pipes (12-ATF-028546) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Two Hundred Ten (210) Pipes (12-ATF-028547) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Three Hundred (300) Pipes (12-ATF-028548) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One (1) Large Bong (12-ATF-028550) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One (1) Large Bong (12-ATF-028552) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Four (4) Bongs (12-ATF-028553) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred (100) Bongs (12-ATF-028554) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Twenty Two (22) Bongs (12-ATF-028556) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Three (3) Bongs and Three (3) Hookahs (12-ATF-028557) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Four (4) Hookahs (12-ATF-028559) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twenty One (21) Grinders (12-ATF-028560) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred Twenty Five (125) Pipes (12-ATF-028561) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One (1) large bong (12-ATF-028562) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Thirty One (31) Pipes (12-ATF-028563) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Forty Seven (47) Pipes (12-ATF-028565) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Two Hundred Forty Seven (247) Scales (12-ATF-028566) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Five Hundred and Fifty (550) Pipes and two (2) hookahs (12-ATF-028568) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twenty Five (25) Bongs (12-ATF-028569) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Twelve (12) Bongs (12-ATF-028571) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One hundred fifty thirty five (135) pipes and eleven (11) grinders (12-ATF-028574) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty Four (54) Grinders, Eleven (11) Bongs, and Ten (10) Pipes (12-ATF-028575) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred and Eight (108) pipes (12-ATF-028578) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Forty One (41) Pipes (12-ATF-028579) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One hundred fifty (150) pipes (12-ATF-028581) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Eighty Four (84) Pipes (12-ATF-028582) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred (100) Pipes (12-ATF-028585) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Three Hundred Nineteen (319) Pipes (12-ATF-028586) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Four (4) Bongs (12-ATF-028587) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Thirty Six (36) Bongs (12-ATF-028588) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Nineteen (19) Bongs (12-ATF-028590) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Twenty Three (23) Pipes (12-ATF-028592) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Sixy (60) Pipes (12-ATF-028593) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred Twenty (120) Pipes and (1) Concealment Device (12-ATF-028596) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Fourteen (14) Scales (12-ATF-028597) which was seized from John Ways Jr. on

September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred Twenty Five (125) Pipes (12-ATF-028600) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred Twenty Five (125) Pipes (12-ATF-028601) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred Twenty Five (125) Pipes (12-ATF-028602) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

One Hundred Fifty (150) Pipes (12-ATF-028603) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Thirty (30) Hookahs (12-ATF-028605) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Fifty (50) Pipes and Five (5) Bongs (12-ATF-028607) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twelve (12) Bongs (12-ATF-028609) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twelve (12) Bongs (12-ATF-028611) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Twelve (12) Bongs (12-ATF-028613) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Eleven (11) Bongs (12-ATF-028615) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Three (3) Large Bongs (12-ATF-028617) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One (1) Bong and one (1) Axe pipe (12-ATF-028619) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty Six (56) Bongs (12-ATF-028620) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Forty Three (43) Pipes (12-ATF-028621) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Seven (7) Bongs (12-ATF-028622) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One Hundred (100) Pipes (12-ATF-028623) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Three (3) Hookahs (12-ATF-028624) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Nine (9) Pipes (12-ATF-028625) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One Hundred (100) Pipes (12-ATF-028626) which was seized from John Ways Jr.

on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Seventy five (75) concealment devices (12-ATF-028627) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Seven (7) Bongs and Seven (7) Pipes (12-ATF-028628) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One (1) large bong (12-ATF-028630) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Two (2) large bongs (12-ATF-028631) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty six (56) Grinders and one (1) hookah (12-ATF-028632) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty three (53) scales (12-ATF-028633) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

EIghty six (86) Pipes (12-ATF-028634) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Eighteen (18) concealment containers, ten (10) bags of baggies, and one (1) bag of screens (12-ATF-028635) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Three (3) bongs (12-ATF-028636) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Four (4) bongs (12-ATF-028637) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Eight (8) Hookahs (12-ATF-028638) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One Hundred Sixteen (116) pipes and two (2) concealment devices (12-ATF-028639) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

One (1) Very large bong (12-ATF-028640) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty (50) bags of baggies (12-ATF-028641) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Fifty six (56) boxes of whip-its (12-ATF-028642) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Four (4) bongs (12-ATF-028644) which was seized from John Ways Jr. on September 13, 2012 at 157 N. 72nd St, located in Omaha, NE

Seventeen (17) vaporizers (12-ATF-028672) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Nine (9) Glass Bongs (12-ATF-028673) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Sixteen (16) pipes (12-ATF-028674) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Ten (10) Glass Bongs (12-ATF-028675) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Forty (40) Pipes (12-ATF-028676) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Three Hundred Twenty (320) Pipes (12-ATF-028677) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Twenty Five (25) Pipes (12-ATF-028678) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Eleven (11) Pipes (12-ATF-028679) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

One hundred twenty nine (129) Pipes (12-ATF-028680) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Five (5) Pipes (12-ATF-028681) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Fifty three (53) scales and Eighty one (81) pipes (12-ATF-028682) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

One hundred thirty seven (137) pipes (12-ATF-028683) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Thirty seven (37) scales (12-ATF-028684) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Thirty seven (37) pipes (12-ATF-028685) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Thirty eight (38) (12-ATF-028686) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Thirty six (36) grinders (12-ATF-028687) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

SEven (7) Pipes (12-ATF-028688) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Ten (10) Pipes (12-ATF-028689) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

SEven (7) Pipes (12-ATF-028690) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Twenty (20) Pipes (12-ATF-028691) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Two hundred fifty (250) pipes (12-ATF-028692) which was seized from John Ways

Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Ten (10) Bongs/Vaporizer (12-ATF-028693) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Stand with baggies (12-ATF-028694) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Two hundred forty nine (249) pipes (12-ATF-028695) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

One large bong (12-ATF-028696) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Eighteen (18) pipes (12-ATF-028697) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

Forty (40) Pipes/hookahs (12-ATF-028698) which was seized from John Ways Jr. on September 13, 2012 at 5065 S. 108th St, located in Omaha, NE

One (1) Box containing one hundred fifteen (115) miscellaneous scales (12-ATF-028701) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) Box containing eight (8) glass bongs (12-ATF-028702) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) Box containing two hundred thirty seven (237) glass pipes (12-ATF-028703) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing ten (10) glass bongs (12-ATF-028704) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing sixteen (16) large glass bongs (12-ATF-028705) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing thirteen (13) glass bongs (12-ATF-028706) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing eighteen (18) glass bongs (12-ATF-028707) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing thirteen (13) glass bongs (12-ATF-028709) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing Nineteen (19) Glass Bongs (12-ATF-028713) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing eighteen (18) glass bongs (12-ATF-028714) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing thirteen (13) glass bongs (12-ATF-028715) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing ten (10) glass bongs (12-ATF-028716) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1)box containing sixty (60) items of drug paraphernalia (canisters and grinders) (12-ATF-028717) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) plastic tote containing thirty (30) glass bongs and forty (40) pipes (12-ATF-028718) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing one hundred eleven (11) pipes (12-ATF-028719) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing eleven (11) glass bongs (12-ATF-028720) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing sixteen (16) glass bongs (12-ATF-028721) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing ninety (90) glass pipes (12-ATF-028722) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing one hundred two (102) pipes and grinders (12-ATF-028723) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing one hundred forty nine (149) glass pipes (12-ATF-028724) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

ONe (1) box containing eighteen (18) glass bongs (12-ATF-028725) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing eleven (11) large glass bongs (12-ATF-028726) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing miscellaneous small and large baggies (12-ATF-028727) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

One (1) box containing four (4) vaporizers and one (1) paint can with false container (12-ATF-028728) which was seized from John Ways Jr. on September 13, 2012 at 2441 N. 48th St, located in Lincoln, NE

Thirty One (31) boxes of twenty four (24) count per box of whipped cream chargers (12-ATF-029069) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Six (6) digital scales (12-ATF-029073) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Five Hundred Eighteen (518) smoking pipes -  in four boxes (12-ATF-029077) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Two (2) boxes of rolling papers and blunts (12-ATF-029079) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Four Safes (12-ATF-029081) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Miscellaneous baggies (12-ATF-029083) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Six (6) vaporizors (12-ATF-029087) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Sixty Three (63) scales (12-ATF-029088) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Three (3) boxes of five (5) cream whips (12-ATF-029090) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Ten (10) concealment devices (12-ATF-029092) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Miscellaneous drug paraphernalia (12-ATF-029094) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

cigarette rollers (12-ATF-029095) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

thirty two (32) synthetic urine samples (12-ATF-029096) which was seized from John Ways Jr. on September 13, 2012 at 1409 W. Broadway, located in Council Bluffs, IA

Fifty three (53) pipes (12-ATF-029113) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred fifteen (115) items of drug paraphernalia (12-ATF-029122) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South

Sioux City, NE

Thirty six (36) pipes (12-ATF-029124) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

SEventy four (74) pipes (12-ATF-029125) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Ninety two (92) pipes (12-ATF-029126) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Twenty Four (24) pipes (12-ATF-029127) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Thirty five (35) pipes (12-ATF-029128) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

ONe hundred eleven (111) grinders (12-ATF-029129) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred  and one (101) pipes (12-ATF-029130) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Two Hundred Twenty Eight (228) Pipes (12-ATF-029131) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Forty Nine (149) Pipes (12-ATF-029132) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred fifty (150) grinders (12-ATF-029133) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Two Hundred Forty EIght (248) Grinders (12-ATF-029134) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Eighty Five (185) Pipes (12-ATF-029136) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Forty Five (45) pipes (12-ATF-029137) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Fifty Three (53) Pipes (12-ATF-029138) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Hundred Sixteen (116) pipes and three (3) scales (12-ATF-029140) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One (1) Hookah (12-ATF-029143) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One (1) Large Hookah (12-ATF-029145) which was seized from Frank Firoz on

September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Grape Soda concealment bottle (12-ATF-029147) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Packaging materials (12-ATF-029148) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Forty (40) Pipes (12-ATF-029150) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Sixty Eight (68) pipes (12-ATF-029151) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Two Hundred Forty Five (245) scales (12-ATF-029153) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Six (6) Pringles false bottom cans (12-ATF-029154) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One (1) Hookah (12-ATF-029158) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Thirty Two (32) pipes (12-ATF-029159) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One hundred eighty five (185) pipes (12-ATF-029160) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One Box ziplock bags (12-ATF-029161) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

Eighteen (18) Bongs/mask (12-ATF-029162) which was seized from Frank Firoz on September 13, 2012 at 108 E. 23rd St, located in South Sioux City, NE

One (1) box of assorted pipes, scales, and grinders (12-ATF-029464) which was seized from John S. Ways Jr. on September 13, 2012 at 5065 S. 108th St., located in Omaha, NE

Two (2) Glass Pipes blue and clear (12-ATF-029466) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

Two (2) canisters containing hidden compartments wd air wick (12-ATF-029468) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

Two (2) whip nitro canisters (12-ATF-029470) which was seized from John S. Ways Jr. on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

TWo (2) Grinders (blue and multi color) (12-ATF-029472) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

Two (2) laser-300 scales in boxes (12-ATF-029473) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

Two (2) glass smoking devices (bongs) (12-ATF-029474) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

Scale in box with marijuana residue (12-ATF-029475) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

One baggie containing jar green and substance grinder (12-ATF-029476) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

One (1) bag containing eight (8) glass pipes (12-ATF-029477) which was seized from Frank Firoz on September 13, 2012 at 2441 N. 48th St., located in Lincoln, NE

Pink plastic container w/multiple self seal bags, two glass pipes, three scales (12-ATF-029478) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cir, located in Lincoln, NE

One (1) large glass bong and three (3) glass pipes (12-ATF-029484) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cir, located in Lincoln, NE

box with blue hookah and attachments (12-ATF-029486) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cir, located in Lincoln, NE

Box of Fifty Three (53) grinders (12-ATF-029489) which was seized from Frank Firoz on September 13, 2012 at 201 E. 19th St., located in South Sioux City, NE

Seven (7) pipes (12-ATF-029490) which was seized from Frank Firoz on September 13, 2012 at 201 E. 19th St., located in South Sioux City, NE

800 Rounds Assorted Ammunition CAL:556 (12-ATF-029491) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cir, located in Lincoln, NE

Revo DVR Recorder Machine SN:12110412030461 Ser No: 12110412030461 (12-ATF-030662) which was seized from John Ways Jr. on September 13, 2012 at 5065 S 108th St., located in Omaha, NE

Gateway Computer Tower SN:PTGCFP20016F19600 Ser No: PTGCFP20016F19600 (12-ATF-030663) which was seized from John Ways Jr. on September 13, 2012 at 5065 S 108th St., located in Omaha, NE

HPIQ500 Desktop Computer SN:3CR9080L88 Ser No: 3CR9080L88 (12-ATF-030664) which was seized from John Ways Jr. on September 13, 2012 at 2441 N 48th St., located in Lincoln, NE

PS3 Player SN:CG179847994 Ser No: CG179847994 (12-ATF-030665) which was seized from John Ways Jr. on September 13, 2012 at 2441 N 48th St., located in Lincoln, NE

HP Laptop SN:CNF1131WW1 Ser No: Unknown (12-ATF-030666) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in Sioux City, NE

Nightowl DVR SN: 000048361010 Ser No: 000048361010 (12-ATF-030667) which was seized from Frank Firoz on September 13, 2012 at 201 E 19th St., located in South Sioux City, NE

JVC Camera GZ-HM30BU Ser No: Unknown (12-ATF-030668) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

E Machines Computer SN:LXN54020179524096F1601 Ser No: LXN54020179524096F1601 (12-ATF-030669) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Samsung DVR SN:Y4L13VWS100161P Ser No: Y4L13VWS100161P (12-ATF-030670) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Hewlett Packard G-72 Laptop SN:4CZ03500BY Ser No: 4CZ03500BY (12-ATF-030671) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Hewlett Packard Presario Laptop SN:4CZ12214HD Ser No: 4CZ12214HD (12-ATF-030672) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Unknown DVR SN:None Ser No: None (12-ATF-030673) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Asus Laptop and Case SN: B6N0AS553415267 Ser No: B6NOASS53415267 (12-ATF-030674) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cl, located in Lincoln, NE

Compaq Laptop Model CQ57 SN: 4CZ11513RG Ser No: 4CZ11513RG (12-ATF-030675) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cl, located in Lincoln, NE

Asus Laptop SN:B6N0AS05948022C Ser No: B6N0AS05948022C (12-ATF-030676) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cl, located in Lincoln, NE

$326.89 U.S. Currency (12-ATF-030677) which was seized from John Ways Jr. on September 13, 2012 at 1409 W Broadway, located in Council Bluffs, IA

$9,917.90 U.S. Currency (12-ATF-030678) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

$4,362.98 U.S. Currency (12-ATF-030679) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

$702.00 U.S. Currency (12-ATF-030680) which was seized from John Ways Jr. on September 13, 2012 at 2441 N 48th St., located in Lincoln, NE

$2,365.00 U.S. Currency (12-ATF-030681) which was seized from Frank Firoz on September 13, 2012 at 201 E 19th St., located in South Sioux City, NE

$538.24 U.S. Currency (12-ATF-030682) which was seized from John Ways Jr. on

September 13, 2012 at 5065 S 108th St., located in Omaha, NE

$57,036.17 U.S. Currency (12-ATF-030683) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

$8,499.34 U.S. Currency (12-ATF-030745) which was seized from John Ways Jr. on May 09, 2012 at 157 N 72nd St., located in Omaha, NE

Apple Macbook SN: CO2HF2D0DJWY Ser No: CO2HF2D0DJWY (12-ATF-030851) which was seized from John Ways Jr. on September 13, 2012 at 8008 Prescott Cl, located in Lincoln, NE

Samsung DVR SN: C7U76V2C301672L and Eight (8) Cameras Ser No: C7U76V2C301672L (12-ATF-030852) which was seized from John Ways Jr. on September 13, 2012 at 1409 W Broadway, located in Council Bluffs, IA

Bunker Hill DVR SN: 369471134, Zmodo DVR SN:D9108BH, Nightowl DVR SN:000602720717 Ser No: ** (12-ATF-030853) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

Dish VIP722 DCR SN: None Ser No: None (12-ATF-030854) which was seized from John Ways Jr. on September 13, 2012 at 2441 N 48th St., located in Lincoln, NE

Compaq Presario CQ62 Laptop SN:CNF0223BPV Ser No: CNF0223BPV (12-ATF-030855) which was seized from John Ways Jr. on September 13, 2012 at 157 N 72nd St., located in Omaha, NE

Revo DVR SN:1166941101563 Ser No: 1166941101563 (12-ATF-030856) which was seized from John Ways Jr. on September 16, 2012 at 7501 Cass Street, located in Omaha, NE

Swann DVR SN:232391109340 Ser No: 232391109340 (12-ATF-031535) which was seized from Frank Firoz on September 13, 2012 at 108 E 23rd St., located in South Sioux City, NE

$43,117.82 U.S. Currency (13-ATF-003844) which was seized from John Ways Jr. on December 21, 2012 at 1st National Bank, located in Omaha, NE

$23,526.69 U.S. Currency (13-ATF-003845) which was seized from John Ways Jr. on December 21, 2012 at 1st National Bank, located in Omaha, NE

$19,355.16 U.S. Currency (13-ATF-003846) which was seized from John Ways Jr. on December 21, 2012 at 1st National Bank, located in Omaha, NE

$18,501.27 U.S. Currency (13-ATF-003847) which was seized from John Ways Jr. on December 21, 2012 at 1st National Bank, located in Omaha, NE

$10,093.05 U.S. Currency (13-ATF-003848) which was seized from John Ways Jr. on December 21, 2012 at 1st National Bank, located in Omaha, NE

$23,866.78 U.S. Currency (13-ATF-003849) which was seized from John Ways Jr. on December 21, 2012 at Wells Fargo Bank, located in Omaha, NE

$18,962.52 U.S. Currency (13-ATF-003850) which was seized from John Ways Jr. on December 21, 2012 at Wells Fargo Bank, located in Omaha, NE

$18,466.41 U.S. Currency (13-ATF-003851) which was seized from John Ways Jr. on December 21, 2012 at Wells Fargo Bank, located in Omaha, NE

2005 Dodge Ram VIN:1D7HU18D05S307965 VIN# 1D7HU18D05S307965 (13-ATF-003852) which was seized from John Ways Jr. on December 21, 2012 at 157 N 72nd St, located in Omaha, NE

Bunker Hill DVR SN: None Ser No: None (13-ATF-005358) which was seized from Michael Blackstone on December 21, 2012 at 108 E 23rd St., located in South Sioux City, NE

$48,076.40 U.S. Currency (13-ATF-012683) which was seized from John Ways Jr. on December 21, 2012 at 108 E 23rd St., located in South Sioux City, NE

$10,684.65 U.S. Currency (13-ATF-012685) which was seized from John Ways Jr. on December 21, 2012 at 157 N 72nd St., located in Omaha, NE

$2,510.59 U.S. Currency (13-ATF-012688) which was seized from John Ways Jr. on December 21, 2012 at Dodge Ram Pickup, located in Omaha, NE

$714.52 U.S. Currency (13-ATF-012690) which was seized from Joshua Wellborn on December 21, 2012 at 1409 W Broadway, located in Council Bluffs, IA

$166.00 U.S. Currency (13-ATF-012693) which was seized from John Ways Jr. on December 21, 2012 at 5065 S 108th St., located in Omaha, NE

5 (Five) Hookahs (13-ATF-012694) which was seized from Joshua Wellborn on December 21, 2012 at 1409 W Broadway, located in Council Bluffs, IA

Bunker Hill DVR SN: None Ser No: None (13-ATF-012695) which was seized from Joshua Wellborn on December 21, 2012 at 1409 W Broadway, located in Council Bluffs, IA

Compaq Presario CQ57 Laptop SN: 5CB2202J19 Ser No: 5CB2202J19 (13-ATF-012696) which was seized from John Ways Jr. on December 21, 2012 at 157 N 72nd St., located in Omaha, NE

1,408 (One Thousand Four Hundred Eight) Bongs and Pipes (13-ATF-012698) which was seized from John Ways Jr. on December 21, 2012 at 157 N 72nd St., located in Omaha, NE

50 (Fifty) Scales, 71 (Seventy One) Grinders, 9 (Nine) Concealment Containers, and Ziplock Baggies (13-ATF-012699) which was seized from John Ways Jr. on December 21, 2012 at 157 N 72nd St., located in Omaha, NE

1,597 (One Thousand Five Hundred Ninety Seven) Pipes and Bongs (13-ATF-012700) which was seized from Michael Blackstone on December 21, 2012 at 108 E 23rd St., located in South Sioux City, NE

61 (Sixty One) Grinders (13-ATF-012702) which was seized from Michael Blackstone on December 21, 2012 at 108 E 23rd St., located in South Sioux City, NE

4 (Four) Concealment Containers (13-ATF-012705) which was seized from Michael Blackstone on December 21, 2012 at 108 E 23rd St., located in South Sioux City,

NE

560 (Five Hundred Sixty) Pipes and Bongs (13-ATF-012707) which was seized from John Ways Jr. on December 21, 2012 at 5065 S 108th St., located in Omaha, NE

Canon EOS 60D Camera SN:0770403207 Ser No: 0770403207 (13-ATF-012710) which was seized from John Ways Jr. on December 21, 2012 at Dodge Ram Pickup, located in Omaha, NE

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (February 12, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 111 South 18th Plaza, Suite 1152, Omaha, NE 68102, and a copy served upon Assistant United States Attorney Nancy A. Svoboda, 1620 Dodge Street, Suite 1400, Omaha, NE  68102-1506. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.